Same case below, 617 F.3d 931.

No. 10-915. **City of Cleveland, Ohio, Petitioner v. Ameriquest Mortgage Securities, Inc., et al.**

562 U.S. 1288, 131 S. Ct. 1685, 179 L. Ed. 2d 618, 2011 U.S. LEXIS 2415.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 615 F.3d 496.

No. 10-917. **Hillside Productions, Inc., et al., Petitioners v. Macomb County, Michigan.**

562 U.S. 1288, 131 S. Ct. 1686, 179 L. Ed. 2d 618, 2011 U.S. LEXIS 2333.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 389 Fed. Appx. 449.

No. 10-921. **George B. Adams, Petitioner v. James Trimble, et al.**

562 U.S. 1288, 131 S. Ct. 1688, 179 L. Ed. 2d 618, 2011 U.S. LEXIS 2345.

March 21, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 10-922. **John M. Diamond, Petitioner v. United States.**

562 U.S. 1288, 131 S. Ct. 1689, 179 L. Ed. 2d 618, 2011 U.S. LEXIS 2210.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 69 M.J. 403.

No. 10-923. **Gloria Imelda Munoz-Mejia, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1288, 131 S. Ct. 1690, 179 L. Ed. 2d 618, 2011 U.S. LEXIS 2315.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-934. **Arkalgud N. Lakshminarasimha, Petitioner v. United States, et al.**

562 U.S. 1288, 131 S. Ct. 1690, 179 L. Ed. 2d 618, 2011 U.S. LEXIS 2216,

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 258.

No. 10-942. **Grace Henzler, et al., Petitioners v. Ken L. Salazar, Secretary of the Interior, et al.**

562 U.S. 1288, 131 S. Ct. 1693, 179 L. Ed. 2d 618, 2011 U.S. LEXIS 2247.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 393 Fed. Appx. 457.